UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

MAINLAND HEADWEAR HOLDINGS, LTD.,

        Plaintiff,  :  Case No. 08 CV 02363

   -against-  :

DREW PEARSON MARKETING, LLC
and USPA ACCESSORIES LLC d/b/a
CONCEPT ONE,  :  **RULE 7.1 STATEMENT**

        Defendants.  :

-----------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Mainland Headwear Holdings, Ltd., a private non-governmental party, certifies that its ultimate owner is Successful Years International Co., Ltd., a company organized in the British Virgin Islands, and that no publicly held corporation owns ten percent (10%) or more of Mainland Headwear Holdings, Ltd.'s stock.

Dated: New York, New York
       March 6, 2008

                          **WORMSER, KIELY, GALEF & JACOBS LLP**
                          Attorneys for Plaintiff

                          By: _____
                          John T. Morin (JM0390)
                          Jennifer L. Marlborough (JM4303)
                          825 Third Avenue, 26th Floor
                          New York, New York 10022
                          (212) 687-4900

                          Bell, Boyd & Lloyd LLP
                          70 W. Madison Street – Suite 3100
                          Chicago, Illinois 60602
                          (312) 372-1121
                          Of Counsel to Plaintiff