AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

## APPEARANCE

Case Number: 08 CV 02363

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Drew Pearson Marketing, LLC and USPA Accessories LLC d/b/a Concept One

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/25/2008 | _(signature)_ |
| Date | Signature |
| | Ira Daniel Tokayer — IT4734 |
| | Print Name — Bar Number |
| | 42 West 38th Street, Suite 802 |
| | Address |
| | New York, NY 10018 |
| | City / State / Zip Code |
| | (212) 695-5250 / (212) 695-5450 |
| | Phone Number / Fax Number |

AO 458 (Rev. 10/95)  Appearance