UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
MAINLAND HEADWEAR HOLDINGS,
LTD.,

     Plaintiff,   : Case No. 08CV2363 (DLC)

  -against-     :

DREW PEARSON MARKETING, LLC :
and USPA ACCESSORIES LLC d/b/a
CONCEPT ONE,     : **STIPULATION**

     Defendants. :
_____X

  **WHEREAS**, the Complaint in the above action was filed with the Court on March 6, 2008, and a Summons was issued on that same day; and

  **WHEREAS**, the parties' attorneys have consulted and the attorney for Defendants Drew Pearson Marketing LLC and USPA Accessories LLC d/b/a Concept One has agreed to accept service of the Summons and Complaint on behalf of both Defendants;

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto and their respective undersigned attorneys, that Ira Daniel Tokayer, Esq., attorney for Defendants Drew Pearson Marketing LLC and USPA Accessories LLC d/b/a Concept One hereby accepts service of the Summons and Complaint, both dated March 6, 2008 in the above action, such service to be effective on Thursday, March ~~13~~ 20, 2008; and

  **IT IS FURTHER STIPULATED AND AGREED**, that no additional service of the Summons and Complaint on Defendants is required to be effective under Fed. R. Civ. P. 4 or to commence the time to serve and file a responsive pleading under Fed. R. Civ. P. 12; and

**IT IS FURTHER STIPULATED AND AGREED**, that facsimile or scanned signatures will be deemed originals for the purposes of this stipulation.

Dated: New York, New York
       March 13, 2008

WORMSER, KIELY, GALEF & JACOBS LLP
Attorneys for Plaintiff

By: _____
    John T. Morin (JM0390)
    Jennifer L. Marlborough (JM4303)
    825 Third Avenue, 26th Floor
    New York, New York 10022
    (212) 687-4900

IRA DANIEL TOKAYER, ESQ.
Attorney for all Defendants

By: _____
    Ira Daniel Tokayer (IT4734)
    42 West 38th Street, Suite 802
    New York, New York 10018
    (212) 695-5250

2