UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

MAINLAND HEADWEAR HOLDINGS, LTD.,

           Plaintiff,

           -against-

DREW PEARSON MARKETING, LLC
and USPA ACCESSORIES LLC d/b/a
CONCEPT ONE,

           Defendants.

----------------------------------------x

Case No.: 08-CV-02363 (DLC)

**NOTICE OF MOTION TO TRANSFER**

      PLEASE TAKE NOTICE, that upon the annexed Affidavit of John T. Morin, sworn to on March 25, 2008, and the Exhibits annexed thereto, Plaintiff by it's counsel, Wormser, Kiely, Galef & Jacobs LLP and Bell, Boyd & Lloyd, LLP will move this Court, Hon. Denise L. Cote presiding, on a date and time to be determined by the Court, at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rule 15§§ (a) and (c) of the Rules for the Division of Business Among District Judges transferring this case to the Hon. Richard J. Sullivan, on the grounds that Judge Sullivan has had a related case assigned to him, and such case has a lower docket number.

Dated: March 25, 2008
       New York, NY

WORMSER, KIELY, GALEF & JACOBS, LLP
Attorneys for Plaintiff

By: _____
John T. Morin (JM0390)
Jennifer Marlborough (JM4303)
825 Third Avenue
New York, New York 10022
(212) 687-4900

Of Counsel
Bell, Boyd & Lloyd, LLP
70 W. Madison Street – Suite 3100
Chicago, Illinois 60602
(312) 372-1121

To: Ira Daniel Tokayer, Esq.
Law Office of Ira Daniel Tokayer, Esq.
42 West 38th Street, Suite 802
New York City, New York 10018
(212) 695-5250