APR-04-2008 13:05 From:    To:2126955458    P.5/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAINLAND HEADWEAR HOLDINGS, LTD.,

                Plaintiff,

    -against-

DREW PEARSON MARKETING, LLC
and USPA ACCESSORIES LLC d/b/a
CONCEPT ONE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 08-CV-2363 (RJS)

STIPULATION EXTENDING TIME
TO ANSWER, MOVE OR
OTHERWISE RESPOND TO COMPLAINT

[Stamp: DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/30/08]

    WHEREAS, Plaintiff Mainland Headwear Holdings, Ltd. ("Plaintiff") filed a Summons and Complaint ("Complaint") against Defendants Drew Pearson Marketing, LLC and USPA Accessories d/b/a Concept One ("Defendants") on November 6, 2006; and

    WHEREAS, Ira Daniel Tokayer, the attorney for Defendants, accepted service of the Summons and Complaint on behalf of Defendants on March 20, 2008;

    WHEREAS, the unopposed motion by Plaintiff to have this case transferred to Hon. Richard J. Sullivan has been granted;

    WHEREAS, the Plaintiff and Defendants have, through their respective counsel, agreed to extend the time of Defendants to answer, move or otherwise respond to the Complaint; and

    WHEREAS, no prior requests for extensions have been made:

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, that the Defendants' time to answer, move or otherwise

APR-04-2008 13:05 From: To:2126965450 P.6/6

respond to the Complaint is extended through and including May 7, 2008.

WORMSER, KIELY, GALEF & JACOBS LLP

By: *[signature]*
John T. Morin (JM 0390)
Jennifer L. Marlborough (JM 4303)
Attorneys for Plaintiff
825 Third Avenue
New York, New York 10022
(212) 687-4900

IRA DANIEL TOKAYER

By: *[signature]*
Ira Daniel Tokayer (IT 4734)
Attorney for Defendants
42 West 38th Street
New York, New York 10018
(212) 695-5250

SO ORDERED

*[signature]*
U.S.D.J.
4/29/08

- 2 -

04/07/2008 08:47 2126955450 IRADANIEL TOKAYER PAGE 05/05