UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| MAINLAND HEADWEAR HOLDINGS, LTD., | : **ECF CASE** |
| Plaintiff, | : Case No. 08CV02363 (RJS) |
| -against- | : |
| DREW PEARSON MARKETING, LLC and USPA ACCESSORIES LLC d/b/a CONCEPT ONE, | : **AFFIDAVIT OF SERVICE** : |
| Defendants. | : |

_____X

STATE OF NEW YORK   )
                    : .ss
COUNTY OF NEW YORK  )

I, MICHAEL RESPRESS, being duly sworn, depose and say:

I am over the age of 18 years of age and reside in Bronx County, New York. I am not a party to this action. On the 2nd day of May 2008, I served an Amended Complaint on the following:

> Ira Daniel Tokayer, Esq.
> 42 West 38th Street
> Suite 802
> New York, New York 10018

by hand delivering a true copy of the Amended Complaint on the receptionist in that office.

_____
Michael Respress

Sworn to before me this
2nd day of May 2008

_____
Notary Public

JENNIFER L. MARLBOROUGH
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MA6026514
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 06/14/2011