Sullivan, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
MAINLAND HEADWEAR HOLDINGS,
LTD.,                                            :    ECF CASE

           Plaintiff,           :    Case No. 08CV02363 (RJS)

  -against-                                  :

DREW PEARSON MARKETING, LLC      :
and USPA ACCESSORIES LLC d/b/a
CONCEPT ONE,                             :

           Defendants.          :
————————————————————X

           STIPULATION EXTENDING DEFENDANT'S
           TIME TO ANSWER, MOVE OR OTHERWISE
           RESPOND TO THE AMENDED COMPLAINT

WHEREAS, Plaintiff Mainland Headwear Holdings Ltd ("Plaintiff") filed a Summons and Complaint ("Complaint") against Defendants Drew Pearson Marketing, LLC and USPA Accessories LLC d/b/a Concept One ("Defendants") on March 6, 2008; and

WHEREAS, Ira Daniel Tokayer, attorney for Defendants, accepted service of the Complaint on behalf of Defendants on March 20, 2008; and

WHEREAS, Plaintiff and Defendants had filed a Stipulation to extend Defendant's time to answer, move or otherwise respond to the Complaint to May 7, 2008, which was "so ordered" by the Court on April 29, 2008 and filed by the Clerk of the Court on April 30, 2008; and

WHEREAS, Plaintiff filed an Amended Complaint with the Court on May 2, 2008 and also personally served the Amended Complaint on Ira Daniel Tokayer on May 2, 2008; and

WHEREAS, pursuant to Fed. R. Civ. P. 15, the time for Defendants to answer, move or otherwise respond to the Amended Complaint would expire on May 12, 2008; and

WHEREAS, Plaintiff and Defendants have, through their respective counsel, agreed to extend the time of Defendants to answer, move or otherwise respond to the Amended Complaint to Friday, May 16, 2008;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective counsel that the time for Defendants to answer, move or otherwise respond to the Complaint is extended to and through Friday, May 16, 2008; and

IT IS FURTHER STIPULATED AND AGREED, that a facsimile or electronic executed copy of this Stipulation shall have the same effect as an original executed copy.

WORMSER, KIELY, GALEF & JACOBS LLP

By: _____
Jennifer L. Marlborough (JM4303)
John T. Morin (JM0390)
Attorney for Plaintiff
825 Third Avenue
New York, New York 10022
(212) 687-4800

IRA DANIEL TOKAYER, ESQ.

By: _____
Ira Daniel Tokayer (IT4734)
Attorney for Defendants
42 West 38th Street
New York, New York 10018
(212) 695-5250

SO ORDERED: _____
U.S.D.J.
Dated: May 6, 2008