IRA DANIEL TOKAYER, ESQ. (IT-4734)
Attorney for Defendants
42 West 38th Street, Suite 802
New York, New York 10018
(212) 695-5250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MAINLAND HEADWEAR HOLDINGS, LTD.,   :   08 Civ. 2363 (RJS)
                                        ECF CASE
                                    :
             Plaintiff,
                                    :
      - against -                       <u>RULE 7.1 STATEMENT</u>

DREW PEARSON MARKETING, LLC and     :
USPA ACCESSORIES LLC d/b/a
CONCEPT ONE,                        :

             Defendants.            :

------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record certifies that defendants have no parent corporation and no publicly held corporation owns 10% or more of their stock.

Dated:  New York, New York
        May 16, 2008

            _____/s/_____
            IRA DANIEL TOKAYER, ESQ. (IT-4734)
            Attorney for Defendants
            42 West 38th Street, Suite 802
            New York, New York 10018
            (212) 695-5250