UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
MAINLAND HEADWEAR HOLDINGS,
LTD.,

                Plaintiff,              :    Case No. 08CV02363 (RJS)

        -against-                       :

DREW PEARSON MARKETING, LLC             :    ORDER FOR ADMISSION PRO HAC
and USPA ACCESSORIES LLC d/b/a               VICE ON WRITTEN MOTION
CONCEPT ONE,                            :

                Defendants.             :
_____X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

Upon the motion of Jennifer L. Marlborough, attorney for Plaintiff Mainland Headwear Holdings, Ltd., and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that:

>   Dawn L. Johnson
>   Bell, Boyd & Lloyd LLP
>   70 West Madison Street, Suite 3100
>   Chicago, Illinois 60602-4207
>   Phone: 312-807-4309
>   Fax: 312-827-8000
>   Email: DJohnson@bellboyd.com

is admitted to practice pro hac vice as counsel for Plaintiff Mainland Headwear Holdings Ltd. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel has already forwarded the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
       July 16, 2008

_____
United States District Judge