```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3|13| 09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

USPA ACCESSORIES LLC, d/b/a
CONCEPT ONE,                                     :

                          Plaintiff,            :       Case No. 08CV02155 (RJS)

              -against-                          :

MAINLAND HEADWEAR  HOLDINGS,                     :
LTD.,
                                                 :
                          Defendant.
                                                 :

_____X

MAINLAND HEADWEAR HOLDINGS,
LTD.,                                            :

                          Plaintiff,            :       Case No. 08CV02363 (RJS)

              -against-                          :

DREW PEARSON MARKETING, LLC                      :
and USPA ACCESSORIES LLC d/b/a
CONCEPT ONE,                                     :

                          Defendants.           :

_____X

### [~~~~~~~~~] THIRD AMENDED CASE MANAGEMENT
### PLAN AND SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

          The parties agreed to this amended Case Management Plan and Scheduling Order:

1.    All expert reports are to be served no later than April 17, 2009.

2.    All non-expert depositions to be completed by April 30, 2009.

3.    Requests to Admit are to be served no later than May 8, 2009.

4.      All *expert* discovery, with the exception of any rebuttal reports, is to be completed by May 8, 2009.

5.      Any *expert* rebuttal reports shall be exchanged simultaneously on May 29, 2009.

6.      Pursuant to the Court's Individual Practices, the parties shall request a pre-motion conference in writing by June 7, 2009; Responses by June 11, 2009.

7.      The post-discovery status conference shall be June 30, 2009 at 9 A.M.

SO ORDERED.

Dated: March 3, 2009
       New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE